UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 07-01156-CJC(JTLx)                                         Date   May 29, 2008

Title   Ashlea Devane v. Alfred Lawrence, et al

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER CONTINUING COURT'S ORDER TO SHOW CAUSE

On May 10, 2008, the Court issued an Order to Show Cause why this case should not be dismissed. On May 19, 2008 the Clerk entered the default on defendant Alfred Lawrence dba Ten in the Pit. However, no proof of service has been filed as to defendant Elsie Gelber.

The Court continues the Order to Show Cause, in writing, to June 16, 2008 why defendant Elsie Gelber should not be dismissed for lack of prosecution. Further, plaintiff shall timely pursue a default judgment as to any defaulted parties.

:   0

Initials of Preparer   mu