UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-01156-CJC(JTLx) | Date | July 31, 2008 |
| Title | Ashlea Devane v. Alfred Lawrence, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER DISMISSING DEFENDANT ELSIE GELBER AND CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed this action on September 28, 2007.  On May 29, 2008, this Court issued a Minute Order which ordered plaintiff to show cause in writing no later than June 16, 2008, why defendant Elsie Gelber should not be dismissed for lack of prosecution and to timely pursue a default judgment as to any defaulted parties.  Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that defendant Elsie Gelber is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.  The Court further continues the Order to timely pursue a default judgment, in writing, to August 11, 2008.

: 0

Initials of Preparer   MU