UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-001156-CJC(JTLx) | Date | August 21, 2008 |
| Title | Ashlea Devane v. Alfred Lawrence, et al | | |

Present: The Honorable      CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

Plaintiff filed this action on September 28, 2007.  On July 31, 2008, this Court issued a Minute Order which ordered plaintiff to timely pursue a default judgment as to any defaulted parties in writing no later than August 11, 2008.  Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer   MU